# CHASE 🔘

**Terms and Conditions (Remitter and Payee):**

* Please keep this copy for your record of the transaction
* The laws of a specific state will consider these funds to be "abandoned"
  if the Cashier's Check is not cashed by a certain time
    - Please cash/deposit this Cashier's Check as soon as possible to
      prevent this from occurring
    - In most cases, the funds will be considered "abandoned"
      before the "Void After" Date
* Placing a Stop Payment on a Cashier's Check
    - Stop Payment can only be placed if the Cashier's Check
      is lost, stolen, or destroyed
    - We may not re-issue or refund the funds after the stop payment has
      been placed until 90 days after the original check was issued
* Please visit a Chase branch to report a lost, stolen, or destroyed Cashier's Check
  or for any other information about this item

---

FOR YOUR PROTECTION SAVE THIS COPY      Customer Copy
**CASHIER'S CHECK**                     9771911184

                                        01/26/2016
                                        Void after 7 years

**Remitter:** GRADUATION SOLUTIONS, LLC

                                        $** 9,200.00 **

**Pay To The Order Of:** CLERK OF COURT, SDNY

**Drawer:** JPMORGAN CHASE BANK, N.A.
**NON NEGOTIABLE**

Memo: _____
Note: For information only. Comment has no effect on bank's payment.

---

282111107 NEW 01/08 8810004306

HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK   **CASHIER'S CHECK**   HOLD DOCUMENT UP TO THE LIGHT TO VIEW TRUE WATERMARK   9771911184   25-3
                                                                                                                                              440

# CHASE 🔘

Date  01/26/2016    Void after 7 years

**Remitter:** GRADUATION SOLUTIONS, LLC

**Pay To The Order Of:** CLERK OF COURT, SDNY

**Pay:** NINE THOUSAND TWO HUNDRED DOLLARS AND 00 CENTS     $** 9,200.00 **

**Drawer:** JPMORGAN CHASE BANK, N.A.

Memo: *Index NO 14-3232 for the benefit of Plaintiff Bais Yaakov*

[signature: Brad Nolan]
Senior Vice President
JPMorgan Chase Bank, N.A.
Columbus, OH

Note: For information only. Comment has no effect on bank's payment.

⑆9771911184⑆ ⑉044000037⑉ 758661433⑈