

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

February 1, 2016

**VIA FACSIMILE TO (914) 390-4179 AND ECF-FILING**
Hon. Nelson S. Román, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

RE: Bais Yaakov of Spring Valley v. Graduation Source, LLC *et al.*
7:14 CV 3232

Dear Judge Román:

We represent Defendants Graduation Source LLC, Graduation Solutions LP (together referred to as "Graduation Source") and Jesse Alexander ("Alexander") (collectively referred to herein as "Defendants"). We write to briefly respond to the letter submitted by Plaintiff today in opposition to the proposed order directed to the Finance Unit allowing plaintiff to pay the full amount recoverable on Plaintiff Bais Yaakov of Spring Valley's ("Plaintiff") individual claims, $9200.00, into the Court's registry.

Plaintiff asserts that Defendants' request should be denied because it seeks injunctive relief in this action which would not be covered by the Proposed Order submitted to the Court by Defendants on January 28, 2016. It is well to note, however, that Defendants have already made two offers of judgment in which they agreed that Defendants would be enjoined from sending any facsimiles to Plaintiff that would violate the TCPA or state law to Plaintiff, and from otherwise communicating with Plaintiff in any manner that violates the TCPA. Therefore, Defendants consent to the injunctive relief sought by Plaintiff in this matter. A revised Proposed Order adding the injunctive relief is hereby submitted for the Court's review.

Respectfully submitted,

Laura-Michelle Horgan (LR 7799)
LMH/abr

Encl.

cc: Aytan Y. Bellin, Esq. (via facsimile 212-571-0284)